UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
EDUARDO LORA, On Behalf of HIMSELF
And All Others Similarly Situated,

                       Plaintiffs,              DOCKET NO. 2:20-CV-04514 (GRB)(ST)

   - against -

NIALL, INC. d/b/a LILY FLANANGAN'S PUB and    **NOTICE OF VOLUNTARY**
NIALL B. CROWE,    **DISMISSAL WITHOUT PREJUDICE**
   **PURSUANT TO F.R.C.P. 41(A)(1)(A)(I)**

                       Defendants.
-------------------------------------------------------------------x

Pursuant to the Federal Rules of Civil Procedure 41(a)(1(A)(i), Plaintiff EDUARDO LORA hereby gives notice that the above captioned-action is voluntarily dismissed, **without prejudice**, against Defendants NIAL, INC. d/b/a LIL FLANANGAN'S PUB and NIAL B. CROWE of this court without further notice

Dated: New York, New York
       October 21, 2020

                              Respectfully submitted,
                              LAW OFFICES OF WILLIAM CAFARO

                              By: _/s/ Louis M. Leon_
                              Louis M. Leon, Esq.
                              Attorneys for Plaintiff
                              108 West 39th Street, Suite 602
                              New York, NY 10018
                              (212) 583-7400
                              LLeon@cafaroesq.com

Dated: 10/22/2020
So Ordered.  The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.

FILED
CLERK
12:23 pm, Oct 22, 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE